PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

**Report on Offender Under Supervision**

Name of Offender:  Brandie Starr Shipman                    Case Number: A-19-CR-215(01)-LY

Name of Sentencing Judicial Officer:  Honorable Lee H. Rosenthal, U.S. District Judge, Southern District of Texas, Houston Division

Date of Original Sentence:  December 1, 2015

Original Offense: Conspiracy to Possess with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(vii) and 846

Original Sentence:  87 months' imprisonment, followed by a 4-year term of supervised release. Special conditions include substance abuse treatment (satisfied), periodic drug testing; mental health treatment (satisfied); and a $100 special assessment (satisfied)

Type of Supervision:  Supervised Release          Date Supervision Commenced:  July 5, 2019

Assistant U.S. Attorney:  Richard Jay Magness      Defense Attorney:  Gerardo Harry Gonzales

## PREVIOUS COURT ACTION

On October 9, 2019, a Transfer of Jurisdiction was accepted by the Western District of Texas – Austin Division, and assigned to the docket of the Honorable Judge Lee Yeakel.

## NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No. 7:**  "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."

**Violation of Standard Condition No. 9:**  "The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer."

Brandie Starr Shipman
Report on Offender Under Supervision
Page 2

**Nature of Non-compliance:** On April 1, 2021, during a home contact with Shipman, she admitted to methamphetamine use on or about March 30, 2021. She related she was assaulted by her boyfriend, a convicted felon residing at the Austin Transitional Center as a part of his release to parole, earlier that date at a hotel in Austin. After the assault, Shipman observed two individuals smoking methamphetamine outside the hotel room adjacent to hers. She initiated contact and engaged in narcotic use with them.

On April 15, 2021, during a phone contact with Shipman, she admitted to methamphetamine use on or about April 14, 2021. She related she traveled to Austin to meet with a male, and the pair used methamphetamine together. The male is also a convicted felon residing at the Austin Transitional Center as a part of his release to parole.

Shipman was read and explained the Admission/Denial Advisement, which she signed on April 16, 2021, admitting use on the above noted dates. Furthermore, a random drug test submitted the same date returned positive for amphetamines on April 26, 2021.

**U.S. Probation Officer Action:** The probation office respectfully requests no adverse action be taken at this time. On April 14, 2021, Shipman was enrolled in co-occurring treatment. She will be monitored via random drug testing and closely monitored for treatment compliance. Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Shipman incur any further violations, the Court will be immediately notified.

Respectfully submitted,

Heather M. Durand
United States Probation Officer
Date: April 30, 2021

Approved: _____
Hector J. Garcia
Supervising United States Probation Officer

Brandie Starr Shipman
Report on Offender Under Supervision
Page 3

---

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date:  April 30, 2021


Further association with any persons engaged in criminal activity or convicted of a felony in violation of Defendant's Conditions of Supervision may result in revocation.